■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASMINE SANTIAGO, Appellant. [947 NYS2d 890]

As conceded by the defendant, she failed to preserve for appellate review her contentions that Leandra's Law (Vehicle and Traffic Law §§ 1198, 1193) is unconstitutional (*see People v Farrelly*, 92 AD3d 1290, 1291 [2012]; *People v Lashley*, 58 AD3d 753, 754 [2009]). The defendant's remaining contention is also unpreserved for appellate review. We decline to review the defendant's contentions in the exercise of our interest of justice jurisdiction. Rivera, J.P., Florio, Eng and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN SOTO, Appellant. [947 NYS2d 888]

The Supreme Court properly denied the defendant's motion for resentencing pursuant to CPL 440.46. Contrary to the defendant's contention, the record conclusively demonstrates that he was previously adjudicated a second violent felony offender, and that he thus has a predicate felony conviction for an "exclusion offense," rendering him ineligible to apply for resentencing (CPL 440.46 [5] [b]). Skelos, J.P., Balkin, Lott and Miller, JJ., concur.